UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MURIEL BOWSER, *et al.*, <br><br> Defendants. | Civil Action No. 20-01789 (TSC) |

### ORDER

Upon consideration of defendants' motion to dismiss plaintiff's Complaint (Motion), plaintiff's opposition, and the entire record, it is this \_\_\_\_\_ day of _____ 2020, **ORDERED** that:

1) The Motion is **GRANTED**; and

2) Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

_____
THE HONORABLE TANYA S. CHUTKAN
Judge, United States District Court
    for the District of Columbia