IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 20-1789 (TSC) |
| ) | |
| BOWSER, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff Judicial Watch, Inc., by counsel, respectfully requests an extension of time, until and including August 21, 2020, in which to file its Opposition to Defendants' Motion to Dismiss. As grounds therefor, Plaintiff states as follows:

**Memorandum of Points and Authorities**

1. Plaintiff's Opposition to Defendants' Motion to Dismiss is due by August 10, 2020.

2. Neither Plaintiff nor Defendants have received a previous extension of time.

3. Good cause exists to grant Plaintiff's request. Undersigned counsel has been diligently preparing Plaintiff's Opposition to Defendants' Motion to Dismiss. However, due to various conflicts of schedule, including an opening brief due in the Fourth Circuit on August 10, 2020, a response to a motion for a protective order due on August 12, 2020, three depositions scheduled for August 13 and 14, 2020, and a hearing on August 19, 2020, Plaintiff's counsel will not be able to complete the opposition by August 10, 2020 and requires additional time in which to do so.

4. Plaintiff requires, and respectfully requests, that it be granted additional time in which to file its Opposition to Defendants' Motion to Dismiss. Specifically, Plaintiff requests

that it be granted until August 21, 2020 to file its opposition.

5. After conferring with Defendants' counsel, Plaintiff also requests that the remaining deadline be extended. Specifically, Plaintiff requests that Defendants' Reply in Support of their Motion to Dismiss be due by September 11, 2020.

6. On August 4, 2020, undersigned counsel conferred with Defendants' counsel about the extension. Defendants consent to the requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court extend the time for Plaintiff to file its Opposition to Defendants' Motion to Dismiss to August 21, 2020 and extend the time for Defendants to file their Reply in Support of their Motion to Dismiss to September 11, 2020.

Dated:   August 4, 2020                                                    Respectfully submitted,

/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*