UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JUDICIAL WATCH, INC,**<br><br>    Plaintiff,<br><br>  v.<br><br>**MURIEL BOWSER,** *in her official capacity as Mayor of the District of Columbia, et al.,*<br><br>    Defendants. | Civil Action No. 20-cv-1789 (TSC) |

## **ORDER**

For reasons set forth in the accompanying Memorandum Opinion, ECF No. 22, Defendants' Motion to Dismiss, ECF No. 12, is GRANTED.

Date: February 7, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge